**Order entered April 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01708-CV

**HAL RACHAL, JR., Appellant**

**V.**

**LETKIEWICZ & FOSTER, Appellee**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-09-2413-2**

## ORDER

We **GRANT** appellee's April 2, 2013 third motion for an extension of time to file a brief.

We **ORDER** the brief tendered to this Court by appellee on April 2, 2013 filed as of the date of this order.

We **DENY** appellee's April 2, 2013 motion to strike two documents in the appendix of appellant's brief. The Court will consider only evidence that is properly before it. *See Green v. Kaposta*, 152 S.W.3d 839, 841 (Tex. App.—Dallas 2005, no pet.).

/s/     CAROLYN WRIGHT
CHIEF JUSTICE